IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| SAMUEL L. LAIDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 621-062 |
| | ) | |
| MS. FNU SHARP; | ) | |
| LT. FNU SHOEMAKER; | ) | |
| SGT. FNU FUGITT; | ) | |
| OFFICER FNU CAIN; and | ) | |
| OFFICER FNU SMART, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, currently incarcerated at Georgia State Prison in Reidsville, Georgia, is proceeding *pro se* and has requested permission to proceed *in forma pauperis* in this case filed pursuant to 42 U.S.C. § 1983. On August 25, 2021, the Clerk of Court issued a deficiency notice informing Plaintiff he had not signed his complaint, in violation of the Court's Local Rules.[1] (Doc. no. 3.) The Clerk warned Plaintiff that failure to correct the deficiency could result in dismissal. (Id.) Plaintiff has not responded to the deficiency notice. Notably, however, the docket does not reflect the Clerk provided Plaintiff with a copy of the signature page for him to cure the deficiency.

---

[1] Federal Rule of Civil Procedure 11 also requires *pro se* litigants to sign their Court filings.

Upon consideration, the Court **GRANTS** an extension of time through and including September 30, 2021, for Plaintiff to submit a signature on his complaint. The Court **DIRECTS** the **CLERK** to include with Plaintiff's service copy of this Order a signature page with the line for Plaintiff's signature highlighted. If Plaintiff does not return a completed signature page for his complaint within this extended time period, the Court will presume that Plaintiff desires to have this case voluntarily dismissed and will dismiss this action, without prejudice.

SO ORDERED this 13th day of September, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA