IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| SAMUEL L. LAIDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 621-062 |
| | ) | |
| MS. FNU SHARP; | ) | |
| LT. FNU SHOEMAKER; | ) | |
| SGT. FNU FUGITT; | ) | |
| OFFICER FNU CAIN; and | ) | |
| OFFICER FNU SMART, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint because his claims are time-barred, as well as because of his repeated failure to timely comply with Court orders, and **CLOSES** this civil action.

SO ORDERED this 12th day of January, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA