AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMUEL L. LAIDLER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 621-062

v.

MS.FNU SHARP; LT.FNU SHOEMAKER; SGT.FNU FUGITT; OFFICER FNU CAIN; and OFFICER FNU SMART,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 12, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed, and this civil action stands closed.

| January 12, 2022 |  | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| | | *Candy Cobbell* (signature) |
| | | (By) Deputy Clerk |

GAS Rev 10/2020